UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS VAUGHN JACKSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. BINKELE, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-04098-EMC  (RMI)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on October 30, 2019, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

　( X ) Plaintiff, Curtis Vaughn Jackson, Jr.

　(  ) Warden or warden's representative

　( X ) Office of the California Attorney General, Allison Low

　( X ) Other: Gabrielle Nield

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3)  The outcome of the proceeding was:

　(  ) The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

　(  ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 10/30/2019

_____
ROBERT M. ILLMAN
United States Magistrate Judge