UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS VAUGHN JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>R. BINKELE, et al.,<br><br>    Defendants. | Case No. 18-cv-04098-EMC (RMI)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on January 8, 2020, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Curtis Vaughn Jackson, Jr. Pro Se

    ( ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Allison Low

    ( X ) Other: Gabrielle Nield

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X ) The case has been completely settled.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

    ( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 1/10/2020

ROBERT M. ILLMAN
United States Magistrate Judge