1. XAVIER BECERRA
   Attorney General of California
2. WILLIAM C. KWONG
   Supervising Deputy Attorney General
3. ALLISON M. LOW
   Deputy Attorney General
4. State Bar No. 273202
   455 Golden Gate Avenue, Suite 11000
5. San Francisco, CA 94102-7004
   Telephone: (415) 510-3589
6. Fax: (415) 703-5843
   E-mail: Allison.Low@doj.ca.gov
7. Attorneys for Defendants
   Binkele, Erguiza, Gonzalez, Jah, Makela,
8. Mindoro, Muniz, Patty, and Rawhoof

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CURTIS VAUGHN JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>R. BINKELE, et al.,<br><br>    Defendants. | Case No. 3:18-cv-04098-EMC<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>(Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

///

///

///

1

Stip. Voluntary Dismissal (3:18-cv-04098-EMC)

TO THE HONORABLE JUDGE EDWARD M. CHEN:

Plaintiff Curtis Vaughn Jackson and Defendants have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: 1-08-2020     By: _____
                         Curtis Vaughn Jackson, Plaintiff
                         CDCR No. J-18995

Dated: 1/8/20        By: _____
                         Allison M. Low, Deputy Attorney General
                         Counsel for Defendants Binkele, Erguiza,
                         Gonzalez, Juh, Makela, Mindoro, Muniz, Patty,
                         and Rawhoof

Dated: 1/8/2020      By: _____
                         Gabrielle DeSantis Nield, Nield Law Group APC
                         Edgar R. Nield, Nield Law Group APC
                         Counsel for Defendant Schwarz

SF2019400013
21641019.docx

Dated: January 13, 2020



2

Stip. Voluntary Dismissal (3:18-cv-04098-EMC)